# **DEX 1**

*John Doe v. Trump, et. al*,
17-cv-112-WMC (W.D. Wis.)
Defendants' Exhibit in Response to Court's Order of February 14, 2017

**From:** USCIS Broadcast
**Sent:** Friday, February 03, 2017 7:51 PM
**Subject:** Nationwide Injunction on Executive Order



U.S. Citizenship and Immigration Services

# Nationwide Injunction on Executive Order

A federal district court in Washington state has issued a nationwide injunction of each one of the following provisions of the January 27, 2017 Executive Order on Protecting the Nation from Foreign Terrorist Entry into the United States:

- Section 3(c)
- Section 5(a)
- Section 5(b)
- Section 5(c)
- Section 5(e) to the extent that it purports to prioritize refugee claims of certain religious minorities

All enforcement of the above-listed sections of the Executive Order must halt immediately. The judge's written order is available here. To be clear, **the injunction is effective right now and compliance with the ruling must begin immediately**.

Accordingly, effective immediately U.S. Citizenship and Immigration Services will suspend any and all actions implementing the affected sections of the Executive Order entitled, *"Protecting the Nation from Foreign Terrorist Entry into the United States"* (January 27, 2017). Additionally, USCIS shall not proceed with any action that prioritizes refugee claims of certain religious minorities. Further, suspension of the U.S. Refugee Admission Program is no longer in effect. Suspension of the entry of Syrian nationals as refugees is also no longer in effect.

We are informed that the Administration is considering options to expeditiously

appeal this ruling. We will update you with further guidance as soon as it is received.