UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

JOHN DOE,

                          Plaintiff,

                    -against-

DONALD J. TRUMP, as President of the United
States of America; JOHN F. KELLY, as Secretary
of the Department of Homeland Security; THE
DEPARTMENT OF HOMELAND SECURITY;
LORI SCIALABBA, as Acting Director of the
U.S. Citizenship and Immigration Services;
U.S. CITIZENSHIP AND IMMIGRATION
SERVICES; REX W. TILLERSON, as Secretary
of State; U.S. DEPARTMENT OF STATE; and
THE UNITED STATES OF AMERICA,

                          Defendants.

**Civil Action No.: 17-cv-112**

Chief Judge William M. Conley

**NOTICE OF PLAINTIFF'S
RENEWED APPLICATION FOR
A TEMPORARY RESTRAINING
ORDER AND PRELIMINARY
INJUNCTION**

        PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law; the

Declaration of Andrew B. Breidenbach in Support of Plaintiff's Application for a Temporary

Restraining Order, Preliminary Injunction, and Summary Judgment, dated February 13, 2017

(Dkt. No. 13); the Declaration of John Doe in Support of His Renewed Application for a

Temporary Restraining Order and Preliminary Injunction, dated March 10, 2017; the Second

Declaration of Andrew B. Breidenbach in Support of Plaintiff's Renewed Application for a

Temporary Restraining Order and Preliminary Injunction, dated March 10, 2017; and Plaintiff's

Proposed Statement of Record Facts, as well as any other matter that the Court may determine to

be just and proper, Plaintiff, by and through his attorneys, moves this Court for a temporary

restraining order and preliminary injunction.

PLEASE TAKE FURTHER NOTICE that Plaintiff's counsel notified Defendants' counsel on March 6, 2017 that Plaintiff planned to seek the foregoing relief.

Dated: New York, New York
       March 10, 2017

Respectfully submitted,

By:  /s/ Vincent Levy
    HOLWELL SHUSTER & GOLDBERG LLP
    Vincent Levy (vlevy@hsgllp.com)
    Lauren Giudice (lgiudice@hsgllp.com)
    Andrew Breidenbach (abreidenbach@hsgllp.com)
    Andrei Vrabie (avrabie@hsgllp.com)
    Matthew V.H. Noller (mnoller@hsgllp.com)
    Sarah Sternlieb (ssternlieb@hsgllp.com)
    Kevin Benish (kbenish@hsgllp.com) (*law clerk –*
      *New York State Bar admission pending*)
    750 Seventh Avenue, 26th Floor
    New York, NY 10019
    (646) 837-5151

    PINES BACH LLP
    Lester A. Pines, SBN 1016543
    Tamara B. Packard, SBN 1023111
    Alison TenBruggencate, SBN 1018869
    122 West Washington Ave., Ste. 900
    Madison, WI 53703
    (608) 251-0101 (telephone)
    (608) 251-2883 (facsimile)
    lpines@pinesbach.com
    tpackard@pinesbach.com
    atenbruggencate@pinesbach.com

    *Attorneys for Plaintiff*