# EXHIBIT UU

**Andrew Breidenbach**

| | |
|---|---|
| **From:** | Davila, Yamileth G (CIV) <Yamileth.G.Davila@usdoj.gov> |
| **Sent:** | Friday, March 10, 2017 12:26 PM |
| **To:** | Andrei Vrabie |
| **Cc:** | Vincent Levy; Andrew Breidenbach; Kevin D. Benish |
| **Subject:** | RE: Doe v. Trump 17-cv-112 (WDWI) |

Good afternoon Mr. Vrabie,

The location of the individuals determines where they are processed and interviewed.  Plaintiff provided a Lebanese address on the I-730 petitions when filed in July.  According to counsel, the spouse and child are now in Syria.  Where the derivatives are located affects when and where they will be interviewed. Please provide the current physical address for the spouse and child as soon as possible.

Thank you,

Yamileth G. Davila
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
(202) 305-0137


**From:** Andrei Vrabie [mailto:avrabie@hsgllp.com]
**Sent:** Friday, March 10, 2017 10:14 AM
**To:** Davila, Yamileth G (CIV) <ydavila@CIV.USDOJ.GOV>
**Cc:** Vincent Levy <vlevy@hsgllp.com>; Andrew Breidenbach <abreidenbach@hsgllp.com>; Kevin D. Benish <KBenish@hsgllp.com>
**Subject:** RE: Doe v. Trump 17-cv-112 (WDWI)

Dear Ms. Davila,

Although we do not see the relevance, we confirm that our client's wife and daughter remain in Syria.

Best regards,
AV


Andrei Vrabie
Holwell Shuster & Goldberg LLP
750 Seventh Avenue, 26th Floor
New York, NY  10019
Tel:  (646) 837-8483

1

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s).  Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Davila, Yamileth G (CIV) [mailto:Yamileth.G.Davila@usdoj.gov]
**Sent:** Thursday, March 09, 2017 9:14 PM
**To:** Andrei Vrabie <avrabie@hsgllp.com>
**Cc:** Vincent Levy <vlevy@hsgllp.com>; Andrew Breidenbach <abreidenbach@hsgllp.com>; Kevin D. Benish <KBenish@hsgllp.com>
**Subject:** RE: Doe v. Trump 17-cv-112 (WDWI)

Good evening counsel,
Thank you for your email and voicemail, I have contacted agency counsel and am awaiting responses. I will provide additional information as soon as I have it. In order to obtain accurate information, would counsel please confirm that Plaintiff's spouse and child are currently in Syria, as we have conflicting information that they are presently in Lebanon. Concerning your proposed briefing schedule, the Government declines to stipulate to the expedited briefing suggested by counsel.

Thank you,

Yamileth G. Davila
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
(202) 305-0137


**From:** Andrei Vrabie [mailto:avrabie@hsgllp.com]
**Sent:** Thursday, March 09, 2017 2:44 PM
**To:** Davila, Yamileth G (CIV) <ydavila@CIV.USDOJ.GOV>
**Cc:** Vincent Levy <vlevy@hsgllp.com>; Andrew Breidenbach <abreidenbach@hsgllp.com>; Kevin D. Benish <KBenish@hsgllp.com>
**Subject:** RE: Doe v. Trump 17-cv-112 (WDWI)
**Importance:** High

Dear Ms. Davila,

I write to follow up on my emails below and the voicemails I left today and yesterday.

You can reach me via email or by calling 646-837-8483.  I hope to hear from you soon.

Thank you,
AV

Andrei Vrabie
Holwell Shuster & Goldberg LLP
750 Seventh Avenue, 26th Floor
New York, NY  10019
Tel:  (646) 837-8483
Fax: (646) 837-5150
avrabie@hsgllp.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s).  Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Andrei Vrabie
**Sent:** Wednesday, March 08, 2017 6:39 PM
**To:** 'Davila, Yamileth G (CIV)' <Yamileth.G.Davila@usdoj.gov>
**Cc:** Vincent Levy <vlevy@hsgllp.com>; Andrew Breidenbach <abreidenbach@hsgllp.com>; Kevin D. Benish <KBenish@hsgllp.com>
**Subject:** RE: Doe v. Trump 17-cv-112 (WDWI)
**Importance:** High

Dear Ms. Davila,

I write to follow up on my earlier voicemail and email.  We wanted to let you know that, if we do not hear from you, we intend to file papers on or before 11:59pm (CST) on Thursday, March 9, 2017, seeking a TRO and/or a preliminary injunction.  We note that guidance from the State Department states that the new Executive Order does affect I-730 applications, and will proceed on that basis unless we hear otherwise from you.

In that respect, please advise whether the Government is willing to stipulate, subject to the Court's approval, to the following briefing and hearing schedule in connection with our forthcoming motion for injunctive relief:

a. Plaintiff will file its amended complaint and its moving papers no later than 11:59 PM (CST) Thursday, March 9, 2017.
b. Government may file its opposition papers no later than 5:00 PM (CST) on Monday March 13, 2017.
c. Plaintiff will file its reply papers no later than 12:00 PM (CST) Tuesday, March 14, 2017.
d. Subject to the Court's availability, the Parties will be prepared to appear at a telephonic conference at the Court's convenience the morning of Wednesday, March 15, 2017.

I hope to hear from you shortly.

Best regards,
AV


Andrei Vrabie
Holwell Shuster & Goldberg LLP
750 Seventh Avenue, 26th Floor

New York, NY 10019
Tel: (646) 837-8483
Fax: (646) 837-5150
avrabie@hsgllp.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Andrei Vrabie
**Sent:** Monday, March 06, 2017 9:58 PM
**To:** 'Davila, Yamileth G (CIV)' <Yamileth.G.Davila@usdoj.gov>
**Cc:** Vincent Levy <vlevy@hsgllp.com>; Andrew Breidenbach <abreidenbach@hsgllp.com>; Kevin D. Benish <KBenish@hsgllp.com>
**Subject:** RE: Doe v. Trump 17-cv-112 (WDWI)

Dear Ms. Davila,

We write regarding the President's March 6, 2017 Executive Order entitled, "Executive Order Protecting The Nation From Foreign Terrorist Entry Into The United States" ("Executive Order").

We understand that, prior to issuance of the Executive Order, USCIS had processed our client's derivative asylum petitions and that the petitions were being transferred to the U.S. Department of State for an expedited review, to be completed at the U.S. Embassy in Amman, Jordan.

We now seek clarity about the impact of the Executive Order on our client and his wife and child, and request that you inform us of the Government's position on the following:

1. Please state whether the Government will continue to process derivative asylum petitions for beneficiaries residing in Syria once the new Executive Order takes effect.
2. Please state whether the new Executive Order applies to the pending derivative petitions or otherwise affects our client's wife's and daughter's ability to enter the United States in any manner, including but not limited to, by delaying or barring the Government from processing the applications or delaying or barring the Department of State from interviewing or issuing travel documents to our client's wife and daughter;
3. If the new Executive Order <u>does</u> affect the pending derivative applications or otherwise affects our client's wife's and daughter's ability to enter the United States in any manner, please identify which provisions of the Executive Order does so; and
4. If the new Executive Order <u>does</u> <u>not</u> apply to or otherwise affect our client's wife's and daughter's ability to enter the United States in any manner, please identify the provisions of the Executive Order that make this clear.

As we have noted previously, our client's wife and daughter are in grave danger and we are committed to a swift resolution of this matter. Consequently, we ask that you please provide answers to the four questions above no later than Wednesday March 8, 2017.

Please be advised that, given the urgency of this matter, we will interpret non-response by Thursday as indicating that the Executive Order will affect our client's wife's and daughter's ability to enter the United States, and intend to file additional papers in court promptly to vindicate our client's rights in keeping with that understanding.

Thank you very much in advance for your attention to this pressing matter.

Andrei Vrabie
Holwell Shuster & Goldberg LLP
750 Seventh Avenue, 26th Floor
New York, NY  10019
Tel:  (646) 837-8483
Fax: (646) 837-5150
avrabie@hsgllp.com


CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s).  Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Davila, Yamileth G (CIV) [mailto:Yamileth.G.Davila@usdoj.gov]
**Sent:** Tuesday, February 28, 2017 9:28 PM
**To:** Andrei Vrabie <avrabie@hsgllp.com>
**Cc:** Vincent Levy <vlevy@hsgllp.com>; Andrew Breidenbach <abreidenbach@hsgllp.com>; Kevin D. Benish <KBenish@hsgllp.com>
**Subject:** RE: Doe v. Trump 17-cv-112 (WDWI)

Good evening Mr. Vrabie,
I received an update from my client today informing that the Nebraska Service Center has finished its processing of the I-730 petitions for plaintiff's spouse and child.  The Department of State's National Visa Center was notified that the petitions are being forwarded for transmittal to Post abroad.  We understand that the adjudication will be completed by USCIS Amman.

I have received no information indicating that DHS security checks are complete. Adjudication is ongoing and being processed on an expedited timeline. I will share any additional information as I receive it.

Thank you,

Yamileth G. Davila
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
(202) 305-0137

---

**From:** Andrei Vrabie [mailto:avrabie@hsgllp.com]
**Sent:** Thursday, February 23, 2017 9:00 PM
**To:** Davila, Yamileth G (CIV) <ydavila@CIV.USDOJ.GOV>
**Cc:** Vincent Levy <vlevy@hsgllp.com>; Andrew Breidenbach <abreidenbach@hsgllp.com>; Kevin D. Benish <KBenish@hsgllp.com>
**Subject:** RE: Doe v. Trump 17-cv-112 (WDWI)

Dear Ms. Davila,

Thank you for your prompt response.

We write with a few follow-up questions.  First, please let us know whether you have an update concerning whether Plaintiff's beneficiaries have successfully completed DHS's security vetting.  Second, you state that USCIS estimates 30 to 120 days of "total processing time for the petitions."  Since Plaintiff's petitions were submitted well over 120 days ago—in July 2016—please provide a date range for a final decision on the petitions.  Third, please provide us with the location of the USCIS office where the petitions are currently being processed.  Fourth, we ask that you provide, as soon as possible what steps, if any, remain to be taken prior to a decision on the petitions.

Relatedly, we understand that within the last two days, Free Syrian Army forces attacked the neighborhood where our client's family is in hiding.  They are in very real danger at this very moment.  We appreciate your continued attention to this sensitive matter.

Best regards,
AV


Andrei Vrabie
Holwell Shuster & Goldberg LLP
750 Seventh Avenue, 26th Floor
New York, NY  10019
Tel:  (646) 837-8483
Fax: (646) 837-5150
avrabie@hsgllp.com


CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s).  Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Davila, Yamileth G (CIV) [mailto:Yamileth.G.Davila@usdoj.gov]
**Sent:** Wednesday, February 22, 2017 11:02 AM
**To:** Andrei Vrabie <avrabie@hsgllp.com>
**Cc:** Vincent Levy <vlevy@hsgllp.com>; Andrew Breidenbach <abreidenbach@hsgllp.com>; Kevin D. Benish <KBenish@hsgllp.com>
**Subject:** RE: Doe v. Trump 17-cv-112 (WDWI)

Good morning Mr. Vrabie,
We are still checking on your question regarding security checks.  We can, however, share that USCIS estimates the total processing time for the petitions will be between 30-120 days, depending on whether a Request for Evidence (RFE) is issued. I will share additional information as it becomes available.

Thank you,

Yamileth G. Davila
Senior Litigation Counsel
United States Department of Justice
Civil Division

Office of Immigration Litigation
District Court Section
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
(202) 305-0137

**From:** Davila, Yamileth G (CIV)
**Sent:** Tuesday, February 21, 2017 12:39 PM
**To:** 'Andrei Vrabie' <avrabie@hsgllp.com>
**Cc:** Vincent Levy <vlevy@hsgllp.com>; Andrew Breidenbach <abreidenbach@hsgllp.com>; Kevin D. Benish <KBenish@hsgllp.com>
**Subject:** RE: Doe v. Trump 17-cv-112 (WDWI)

Good afternoon Mr. Vrabie,
Consistent with the government's filing on Friday and our discussion with Judge Conley, we have already confirmed the petitions are being processed on an expedited basis. I will inquire as to the security screening and expected timeline for adjudication, although I anticipate the agency can only provide an estimate. I will provide you with an update as soon as I have additional information.

Thank you,

Yamileth G. Davila
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
(202) 305-0137

**From:** Andrei Vrabie [mailto:avrabie@hsgllp.com]
**Sent:** Tuesday, February 21, 2017 12:24 PM
**To:** Davila, Yamileth G (CIV) <ydavila@CIV.USDOJ.GOV>
**Cc:** Vincent Levy <vlevy@hsgllp.com>; Andrew Breidenbach <abreidenbach@hsgllp.com>; Kevin D. Benish <KBenish@hsgllp.com>
**Subject:** RE: Doe v. Trump 17-cv-112 (WDWI)

Dear Ms. Davila,

Following the Court's instruction that the parties should work together, we write to request an update on Plaintiff's derivative asylum application.

In your email on Thursday night, you indicated that you had so far "been able to confirm very little" about Plaintiff's petitions. On Friday, the Government made certain representations "[b]ased on a preliminary review" about what "appear[ed]" to be the case. *See* Response at 5. Please confirm whether, in fact, Plaintiff's derivative petitions are being processed and when you expect the petitions to be decided. Please also confirm whether we are correct that Plaintiff's beneficiaries have already successfully completed DHS's security vetting. Finally, if you have any other information regarding the status of the petitions, we ask that you please share that with us as well.

Given the urgency of the situation, we appreciate your cooperation.

Best regards,
AV


Andrei Vrabie
Holwell Shuster & Goldberg LLP
750 Seventh Avenue, 26th Floor
New York, NY  10019
Tel:  (646) 837-8483
Fax: (646) 837-5150
avrabie@hsgllp.com


CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s).  Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.


**From:** Davila, Yamileth G (CIV) [mailto:Yamileth.G.Davila@usdoj.gov]
**Sent:** Friday, February 17, 2017 1:34 PM
**To:** Andrei Vrabie <avrabie@hsgllp.com>
**Cc:** Vincent Levy <vlevy@hsgllp.com>
**Subject:** RE: Doe v. Trump 17-cv-112 (WDWI)

Thank you Mr. Vrabie,
We are available now. I can be reached at 202-305-0137.

Thanks,
Yami

**From:** Andrei Vrabie [mailto:avrabie@hsgllp.com]
**Sent:** Friday, February 17, 2017 1:27 PM
**To:** Davila, Yamileth G (CIV) <ydavila@CIV.USDOJ.GOV>
**Cc:** Vincent Levy <vlevy@hsgllp.com>
**Subject:** Re: Doe v. Trump 17-cv-112 (WDWI)

The court requested an immediate call back.

Please advise whether we should inform the Court that you are unavailable until then.

AV

Andrei Vrabie
Holwell Shuster & Goldberg LLP
750 Seventh Avenue, 26th Floor
New York, NY  10019
Tel:  (646) 837-8483
Fax: (646) 837-5150
avrabie@hsgllp.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s).  Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

Pe 17 feb. 2017, la 13:25, Davila, Yamileth G (CIV) <Yamileth.G.Davila@usdoj.gov> a scris:

> Good afternoon Mr. Vrabie,
> We can be available for a call at 2pm (eastern).
>
> Thank you,
> Yami
>
> Yamileth G. Davila
> Senior Litigation Counsel
> United States Department of Justice
> Civil Division
> Office of Immigration Litigation
> District Court Section
> P.O. Box 878
> Ben Franklin Station
> Washington, DC 20044
> (202) 305-0137
>
> ---
>
> **From:** Andrei Vrabie [mailto:avrabie@hsgllp.com]
> **Sent:** Friday, February 17, 2017 1:22 PM
> **To:** Davila, Yamileth G (CIV) <ydavila@CIV.USDOJ.GOV>
> **Cc:** Vincent Levy <vlevy@hsgllp.com>
> **Subject:** Re: Doe v. Trump 17-cv-112 (WDWI)
>
> Dear Ms. Davila,
>
> Are you available for a call with the Court?
>
> Judge Conley would like to speak with us.
>
> Thanks very much
> Av
>
> Andrei Vrabie
> Holwell Shuster & Goldberg LLP
> 750 Seventh Avenue, 26th Floor
> New York, NY  10019
> Tel:  (646) 837-8483
> Fax: (646) 837-5150
> avrabie@hsgllp.com
>
>
> CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s).  Any unauthorized use or disclosure of this communication is

prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

Pe 17 feb. 2017, la 09:27, Andrei Vrabie <avrabie@hsgllp.com> a scris:

> Dear Ms. Davila,
>
> We cannot consent to an extension under these circumstances, particularly in light of the irreparable harm further delay poses to our client and his family.
>
> Regards,
>
> AV
>
> Andrei Vrabie
> Holwell Shuster & Goldberg LLP
> 750 Seventh Avenue, 26th Floor
> New York, NY  10019
> Tel:  (646) 837-8483
> Fax: (646) 837-5150
> avrabie@hsgllp.com
>
> CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s).  Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.
>
> Pe 16 feb. 2017, la 23:32, Davila, Yamileth G (CIV) <Yamileth.G.Davila@usdoj.gov> a scris:
>
>> Good evening Mr. Vrabie,
>> As you are aware, the government's response to the Court's Order of February 14, 2017, is due at noon (central) on Friday, February 17, 2017.  We are still waiting to receive plaintiff's alien file and have been able to confirm very little about the pending I-730 petitions. Additionally, given recent developments, Defendants understand the January 27, 2017, Executive Order will be replaced in the near future and we are unable to fully respond to the Court's questions at this time. Accordingly, we are seeking a modest, one-week extension of time to file a response to the Court's Order. Would you please provide me with Plaintiff's position on the government's request at your earliest convenience.
>>
>> Thank you,
>> Yami

Yamileth G. Davila
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
(202) 305-0137

11