UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOHN DOE,<br><br>                    Plaintiff,<br><br>            -against-<br><br>DONALD J. TRUMP, as President of the United States of America; JOHN F. KELLY, as Secretary of the Department of Homeland Security; THE DEPARTMENT OF HOMELAND SECURITY; LORI SCIALABBA, as Acting Director of the U.S. Citizenship and Immigration Services; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; REX W. TILLERSON, as Secretary of State; U.S. DEPARTMENT OF STATE; and THE UNITED STATES OF AMERICA,<br><br>                    Defendants. | Civil Action No.: 17-cv-112<br><br>Chief Judge William M. Conley<br><br>**DECLARATION OF** ▮▮▮▮▮▮<br>▮▮▮▮▮▮ **IN SUPPORT OF HIS RENEWED APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>**FILED UNDER SEAL** |

STATE OF WISCONSIN  )
                    ) ss.:
COUNTY OF DANE     )

        ▮▮▮▮▮▮▮▮▮▮▮▮, pursuant to 28 U.S.C. § 1746, declares as follows:

    1.    I am the Plaintiff in this action and make this declaration on the basis of my own personal knowledge.

    2.    I affirm that I have signed the following documents as "John Doe" in the course of this litigation: Dkt. No. 4, Dkt. No. 11, and the Declaration of John Doe in Support of His Renewed Application for a Temporary Restraining Order and Preliminary Injunction. I reaffirm under penalty of perjury that these documents are true and correct.

3.   Attached as Exhibit A hereto is a true and correct copy of documentation memorializing my initial March 24, 2014 asylum interview with U.S. border officials.

4.   Attached as Exhibit B hereto is a true and correct copy of my March 25, 2014 hearing asylum interview with a USCIS Asylum Officer, during which I explained the bases for my asylum claim.

5.   Attached as Exhibit C hereto is a true and correct copy of the USCIS's March 27, 2014 determination that I had established a basis for asylum.

6.   Attached as Exhibit D hereto is a true and correct copy of my initial Application for Asylum and for Withholding for Removal, filed without assistance of counsel and filed April 16, 2014.

7.   Attached as Exhibit E hereto is a true and correct copy of a denial of my request for expedited processing of my initial Application for Asylum and for Withholding for Removal, issued March 12, 2015.

8.   Attached as Exhibit F hereto is a true and correct copy of excerpts of my application for Humanitarian Parole filed on behalf of my wife and surviving daughter, dated August 11, 2015.  These excerpts include a declaration I filed in support of the application, as well as documentation regarding my son's death and the dangerous conditions my family seeks to escape.

9.   Attached as Exhibit G hereto is a true and correct copy of my amended Application for Asylum and for Withholding for Removal, filed with assistance of counsel and filed October 6, 2015.

10. Attached as Exhibit H hereto is a true and correct copy of the U.S. Immigration Court's May 27, 2016 ruling approving my amended Application for Asylum and for

Withholding for Removal and of my asylee identification card.

    11.    Attached as Exhibit I hereto is a true and correct copy of my Refugee/Asylee Relative Petition filed July 5, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: on this _17_<sup>th</sup> day of March, 2017.

