UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____
                                        )
JOHN DOE                                )
                                        )
              Plaintiff,                )
                                        )   Case No. 3:17-cv-112-WMC
       v.                               )
                                        )
DONALD J. TRUMP, President of the       )
United States, *et al.*                 )
                                        )
              Defendants.               )
_____)

## DECLARATION OF ROMAN GINZBURG

I, Roman Ginzburg, hereby make the following declaration with respect to the above captioned matter.

1. I am a headquarters adjudications officer within the International Operations Division of the United States Citizenship and Immigration Services (USCIS), a component of the Department of Homeland Security. I am the program manager for Form I-730, Refugee/Asylee Relative Petition, that are processed by USCIS International Operations Division. The International Operations Divisions is comprised of a Headquarters component as well as USCIS's International Field Offices.

2. I make this declaration on the basis of my personal knowledge and information made available to me in the course of my official duties.

3. On March 14, 2017, the USCIS Amman Field Office received case packets LIN1619450142 and LIN1619450153 for interview, adjudication, and travel document processing. These case packets include the Form I-730 petition and any supporting documents filed by the plaintiff in this case on behalf of his wife and daughter, the beneficiaries. The

USCIS Amman Field Office forwarded to the consular section at the U.S. Embassy in Amman, Jordan, a request for assistance with the beneficiaries' entry into Jordan.

4. The USCIS, Refugee, Asylum, and International Operations Standard Operating Procedure for Form I-730 Adjudications, directs the field office to issue a Notice of Receipt or Notice of Receipt and Interview within 10 business days of receiving the case packet. USCIS Amman Field Office will comply with this internal processing requirement prior to March 28, 2017.

5. If, after evaluating case-specific information, the USCIS Amman Field Office determines that it is likely to complete Form I-730 processing within two weeks of interview, then it plans to issue Notices of Receipt and Interview to schedule the beneficiaries' interviews for April 20, 2017.

6. If it is determined that due to required security vetting the cases are unlikely to be completed within two weeks of interview, the USCIS Amman Field Office will issue a Notice of Receipt and inform all parties to the petitions that an interview can be scheduled only after the beneficiaries are able to arrive in Jordan. The reason for this is that the Government of Jordan only grants visas with a 2-week validity period to applicant/beneficiaries arriving for visa interviews. Thus, cases that are not likely to be completed within two-weeks are not referred by the U.S. Embassy in Amman to Jordanian authorities for assistance with visa issuance, and, instead, the beneficiaries must secure visa to enter Jordan without the assistance of the U.S. Embassy in Amman. If unable to secure a visa to enter Jordan, beneficiaries may request to transfer case processing to the U.S. Embassy in Beirut.

7. Following interviews of the beneficiaries, and completion of all security vetting, if the USCIS Amman Field Office determines that the petitioner is eligible to file I-730 petitions on

behalf of the beneficiaries, that the beneficiaries are eligible to receive follow to join benefits as derivative asylees, and that a favorable exercise of discretion is warranted, the USCIS Amman Field Office will approve the I-730 petitions, and issue transportation letters, which authorize their travel to the United States to apply for admission as derivative asylees.

**PRIVILEGED AND CONFIDENTIAL: Protected by Attorney-Client Privilege,
Attorney Work Product Doctrine, and Deliberative Process Privilege**

behalf of the beneficiaries, that the beneficiaries are eligible to receive follow to join benefits as derivative asylees, and that a favorable exercise of discretion is warranted, the USCIS Amman Field Office will approve the I-730 petitions, and issue transportation letters, which authorize their travel to the United States to apply for admission as derivative asylees.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16 day of March of 2016.

_____

Roman Ginzburg