# HOLWELL SHUSTER & GOLDBERG LLP

750 Seventh Avenue, 26th Floor
New York, New York 10019
Tel: (646) 837-5151
Fax: (646) 837-5150
www.hsgllp.com

*Vincent Levy*
*(646) 837-5120*
*vlevy@hsgllp.com*

April 28, 2017

The Honorable William M. Conley
United States District Court for the Western District of Wisconsin
120 N. Henry Street, Room 320
Madison, WI 53703

Dear Chief Judge Conley,

As the Court is aware, we represent Plaintiff John Doe in *Doe v. Trump*, 17-cv-112. We write to advise the Court that our client's wife and daughter were granted derivative asylum status, and entered the United States this week. After three years apart, the family is now reunited in Madison. In light of this development, we withdraw the pending motion for injunctive relief (Docket No. 29) and we will shortly be filing a notice voluntarily dismissing the action.

On behalf of our client, we wish to express our sincerest appreciation for the Court's expeditious consideration of his complaint and motions seeking interim relief.

Respectfully submitted,

*/s/ Vincent Levy*

Vincent Levy